# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| THRILLER FABRICATION AND MANUFACTURING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ACELA, INC.; ACELA TRUCK COMPANY; and Does 1-5, <br><br> Defendants. | CASE NO. CV-21-73-BMM-JTJ <br><br> **ORDER** |

Thriller Fabrication and Manufacturing, Inc., by and through its counsel of record, moved this Court to dismiss this matter with prejudice as it has fully settled. For good cause appearing,

IT IS SO ORDERED that this matter is dismissed with prejudice. Each party shall bear their own fees and costs.

Dated this 19th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court